UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    Case No.  24-CR–0293(12) (PJS/DTS)

Plaintiff,

v.

ORDER

DAVANT MOORE,

Defendant.

This matter is before the Court on defendant's motion for extension of time to file objections to the Report and Recommendation.  ECF No. 828.  Any objections by defendant to Magistrate Judge David T. Schultz's June 25, 2026 Report and Recommendation are currently due by July 9, 2026.  Defense counsel indicated that an extension of time to file objections is necessary due to time constraints created by the travel and court schedules for defense counsel, as well as due to the need for defense counsel to meet with defendant, review the Report and Recommendation with defendant, and draft objections.  Defense counsel has requested an extension, until July 23, 2026, for the filing of objections to the Report and Recommendation.  The government does not object to the requested extension.

Based upon all the files, records and proceedings herein,  IT IS HEREBY ORDERED that:

1.     Defendant's motion for extension of time to file objections to the Report

and Recommendation [ECF No. 828] is GRANTED.

2.      Any objections to Magistrate Judge David T. Schultz's Report and

Recommendation must be submitted by July 23, 2026.

Dated: July 2, 2026                          /s/ Patrick J. Schiltz
                                             Patrick J. Schiltz
                                             United States District Judge